# EXHIBIT B

# To
# Notice of Removal -
# Declaration of Mary Udivich

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
KANSAS CITY DIVISION

| | | |
|---|---|---|
| ELIZABETH MARTIN, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. ___ |
| | ) | |
| v. | ) | Removed from Jackson County Circuit |
| | ) | Court, Case No. 2316-CV16402 |
| | ) | |
| UNION HOME MORTGAGE CORP., | ) | |
| | ) | |
| Defendant. | ) | |

## DECLARATION OF MARY UDIVICH

The undersigned declares and states as follows:

1. I, Mary Udivich, am over eighteen (18) years of age and have personal knowledge of the facts set forth in this declaration and, if called as a witness, could and would testify competently to these facts under oath.

2. I am a Human Resource Manager for Union Home Mortgage. In this position, I have knowledge of employee compensation and I have access to Union Home Mortgage's business records regarding employee compensation.

3. Union Home Mortgage is incorporated in Ohio and its principal place of business is in Strongsville, Ohio.

4. I have reviewed personnel data and records pertaining to former employee Elizabeth Martin ("Martin").

5. At the time of her August 11, 2022 separation from Union Home Mortgage, Martin earned $17.00 per hour, which is equivalent to $35,360.00 annually.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct as I verily believe.

Executed July 18, 2023

Mary Udivich