**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MISSOURI**
**KANSAS CITY DIVISION**

| | | |
|---|---|---|
| ELIZABETH MARTIN, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: 4:23-cv-00566-SRB |
| | ) | |
| v. | ) | Removed from Jackson County Circuit |
| | ) | Court, Case No. 2316-CV16402 |
| | ) | |
| UNION HOME MORTGAGE CORP., | ) | |
| | ) | |
| Defendant. | ) | |

## PROPOSED SCHEDULING ORDER

Plaintiff Elizabeth Martin ("Plaintiff") and Defendant Union Home Mortgage Corp. ("Defendant") hereby file this Proposed Scheduling Order.

**(1)** **Trial.**

January 13, 2025. The parties anticipate that a trial will last approximately three days and will be a jury trial.

**(2)** **Proposed Date for Adding Parties.**

November 30, 2023

**(3)** **Proposed Date for Amending the Pleadings.**

November 30, 2023

**(4)** **Discovery Completion Date.**

August 1, 2024

**(5)** **Dates for Designating Expert Witnesses.**

April 1, 2024

**(6)** **Dispositive Motion Filing Deadline.**

September 3, 2024

DATED:  November 2, 2023                    Respectfully submitted,

| | |
|---|---|
| _/s/ Lewis M. Galloway_ | _/s/ Douglas M. Oldham_ |
| Lewis M. Galloway<br>LG Law LLC<br>1600 Genessee Street, Suite 918<br>Kansas City, Missouri 64102<br>lewis@lglawllc.com<br>(877) 887-7608<br>(816) 326-0820 FAX<br><br>Attorney for Plaintiff | Paige Lohse (MO #68215)<br>paige.lohse@btlaw.com<br>BARNES & THORNBURG LLP<br>One North Wacker Drive, Suite 4400<br>Chicago, Illinois 60606<br>Telephone: (312) 357-1313<br>Facsimile: (312) 759-5646<br><br>Jason T. Clagg (Admitted _pro hac vice_)<br>jason.clagg@btlaw.com<br>BARNES & THORNBURG LLP<br>888 S. Harrison Street, Suite 600<br>Fort Wayne, IN  46802<br>Telephone:  (260) 425-4646<br>Facsimile:  (260) 424-8316<br><br>Douglas M. Oldham (Admitted _pro hac vice_)<br>douglas.oldham@btlaw.com<br>BARNES & THORNBURG LLP<br>41 S. High Street, Suite 3300<br>Columbus, OH 43215<br>Telephone:  (614) 628-1422<br>Facsimile:  (614) 628-1433<br><br>Attorneys for Defendant |