UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
KANSAS CITY DIVISION

| | | |
|---|---|---|
| ELIZABETH MARTIN, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: 4:23-cv-00566-SRB |
| | ) | |
| v. | ) | Removed from Jackson County Circuit |
| | ) | Court, Case No. 2316-CV16402 |
| | ) | |
| UNION HOME MORTGAGE CORP., | ) | |
| | ) | |
| Defendant. | ) | |

## AGREED STIPULATION TO VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff Elizabeth Martin and Defendant Union Home Mortgage Corp., through their respective counsel, hereby stipulate to the entry of an Order granting Plaintiff a voluntary dismissal of her claims against Defendant with prejudice and without the assessments of costs or attorneys' fees against either party.

DATED: July 25, 2024                             Respectfully Submitted,

*/s/ Lewis Galloway*                              */s/ Douglas M. Oldham*

Lewis Galloway                                    Douglas M. Oldham (admitted *pro hac vice*)
1600 Genessee Street, Suite 918                   douglas.oldham@btlaw.com
Kansas City, MO 64102                             BARNES & THORNBURG LLP
lewis@lglawllc.com                                41 South High Street, Suite 3300
                                                  Columbus, Ohio 43215
*Attorney for Plaintiff*
                                                  *Attorney for Defendant*